UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 24-3 |
| TODD F. MORRELL | SECTION "A" MAG. 1 |

## **MINUTE ENTRY (JS-10: 53)**

On October 29, 2024, the Court held the final pretrial conference with the following counsel in attendance: Jordan Ginsberg and Brittany Reed for the Government; Billy Gibbens for Todd F. Morrell.

The jury trial will commence on **Monday, December 9, 2024, at 8:30 a.m.** Counsel anticipate that the trial may last 1.5 weeks.

The deadlines contained in the Scheduling Order (Rec. Doc. 24) continue to govern.

The number of peremptory challenges will be governed by Rule of Criminal Procedure 24 unless the parties agree otherwise. Counsel must advise the Court no later than **Friday, November 1, 2024**, of their decision.[1]

The Court anticipates selecting four alternate jurors.

Each side will be allowed twenty minutes for opening statements.

Demonstrative charts may be used during the opening statements so long as the opposing party has no objection.

---

[1] Counsel have advised the Court that they have reached the following agreement: 15 peremptory challenges for the defense; 9 peremptory challenges for the Government.

Three days before trial the Government shall produce three copies of the trial exhibits (2 to the Court and 1 to defense counsel).

\* \* \* \* \* \* \*    *[signature: Jay C. Zainey]*